COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTIONS**

| | |
|---|---|
| Cause number: | 01-18-00858-CR |
| Style: | Thurston Rickey-Lee Davis v. The State of Texas |
| Date motion filed*: | August 8, 2019 |
| Type of motions: | Pro se Motions for Access to Appellate Record and for Extension of Time to File Pro Se *Anders* Brief Response |
| Party filing motions: | Pro se Appellant Thurston Rickey-Lee Davis |
| Document to be filed: | N/A |

Is appeal accelerated?　　No.

Ordered that motion is:

　　☐ Granted

　　☐ Denied

　　☒ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

　　☒ Other: _____

　　Appellant's pro se *Anders* brief response was filed on August 8, 2019, and cites to the records. Accordingly, appellant's pro se motions for access to the appellate record and for an extension of time to file a pro se *Anders* brief response are **dismissed as moot.**

Judge's signature: _____/s/ Evelyn .V. Keyes_____

　　　　　　　　☑ Acting individually　　　☐ Acting for the Court

Date: __August 20, 2019_____